

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| JUAN ANTONIO GONZALEZ, | § | No. 08-14-00293-CR |
| Appellant, | § | Appeal from the |
| v. | § | 346th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20120D05048) |
| | § | |

**O R D E R**

The Court GRANTS Mary Elizabeth Bonney's fourth request for an extension of time within which to file the Reporter's Record until **May 2, 2015.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Mary Elizabeth Bonney, Official Court Reporter for the 346th District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before May 2, 2015.

IT IS SO ORDERED this 14th day of April, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and HughesJJ.